**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. **1ı26CR 021** |
| **Plaintiff,** | |
| vs. | JUDGE **J. McFARLAND** |
| | **INDICTMENT** |
| **AUSTON PAGE,** | |
| | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | |
| | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Possession by a Prohibited Person)**

On or about December 30, 2025, in the Southern District of Ohio, the defendant, **AUSTON PAGE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Girsan, MC 1911 ST, .45 ACP caliber pistol, serial number:  20AB02808; and a Taurus, PT 140, .40 S&W caliber pistol, serial number:  STC91992, and the firearms were in and affecting interstate commerce.

**In violation of Title 18, United States Code, Section 922(g)(1).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **AUSTON PAGE**, shall forfeit to the United States, pursuant to 18 U. S.C. § 924(d)(l) and 28 U. S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not limited to:

- a Girsan, MC 1911 ST, .45 ACP caliber pistol, serial number: 20AB02808 with any attachments and ammunition; and

- a Taurus, PT 140, .40 S&W caliber pistol, serial number: STC91992 with any attachments and ammunition.

**A TRUE BILL**

/s/

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**MATTHEW C. SINGER (IL 6297632)**
**Assistant United States Attorney**

2

